**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 0 7 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY: _____ DEPUTY

UNITED STATES OF AMERICA

     \*

        v.                           **Case No.  DRM-25-2907**

**Erik Lee Madison**

     \*

     \*

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this  7th day of  November, 2025 , that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____

Douglas R. Miller
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel